```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CORESTAR INTERNATIONAL PTE. LTD, | : Civil Action No. 05-5850(NLH) |
| Plaintiff/ Counter Defendant, | : |
| v. | : **ORDER** |
| LPB COMMUNICATIONS, INC., DOMINICK SPADEA and THOMAS SPADEA, | : |
| Defendants/ Counter Claimant. | : |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 10th day of May, 2007, that Defendants' motion for summary judgment [17] and Plaintiff's cross-motion for partial summary judgment [19] are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's motion for summary judgment on its breach of contract claim (Count I) as to LPB's liability is **GRANTED**;

2. Plaintiff's cross-motion for summary judgment on Defendants' counterclaim is **GRANTED**;

3. Defendants' motion for summary judgment on Plaintiff's claims for unjust enrichment and conversion (Counts IV and V) is **GRANTED**;

4. Summary judgment is **DENIED** as to Plaintiff's fraud, New Jersey Consumer Fraud Act, and constructive trust claims

(Counts II, III, and VI);

    5.    Defendants Dominick Spadea and Thomas Spadea are entitled to summary judgment on all of Plaintiff's claims against them.

**IT IS FURTHER ORDERED** that Plaintiff shall file supplemental briefing and documentation regarding damages on its breach of contract claim no later than twenty (20) days of the entry of this Order.  Defendant shall file its response to Plaintiff's submissions no later than fifteen (15) days from the date Plaintiff files its submissions.

                                               s/ Noel L. Hillman

At Camden, New Jersey          Noel L. Hillman, U.S.D.J.